UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GABRIEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-01664-MCE-CKD (PS)<br><br><br>ORDER<br><br>(ECF No. 12) |

On January 29, 2020, the court held a scheduling conference in this matter. Plaintiff, who proceeds without counsel, was present; no defendant appeared as plaintiff has not properly effected service. Plaintiff is advised to follow Federal Rule of Civil Procedure 4 to properly serve the named defendants and is granted an additional 30 days from the date of this order to serve defendants out of time.

Additionally, plaintiff's motion for a default judgment is DENIED as no defendant has been served and no default has been granted. See Fed. R. Civ. P. 55.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall have 30 days from the date of this order to properly serve defendants. Once each defendant is served plaintiff shall have 10 days to inform the court of service.

2. Plaintiff's motion for default judgment (ECF No. 12) is DENIED.

Dated: January 30, 2020

　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

16.gabr.1664

1