1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEFFREY GABRIEL,                        No.  2:19-cv-1664 MCE DB PS

12              Plaintiff,

13        v.                                 ORDER

14   U.S DEPARTMENT OF HOMELAND
     SECURITY, et al.,
15

16              Defendants.

17

18        Plaintiff Jeffrey Gabriel is proceeding in this action pro se.  This matter was referred to the

19   undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On December

20   8, 2020, plaintiff filed a request to continue deadlines set in this action due to plaintiff's military

21   obligations through May 8, 2021.  (ECF No. 27.)  On December 9, 2020, defendants filed a

22   statement of non-opposition.  (ECF No. 28.)  Good cause appearing, plaintiff's unopposed request

23   for a continuation will be granted and the schedule set in this action modified as stated below.

24        Accordingly, IT IS HEREBY ORDERED that:

25            1. Plaintiff's December 8, 2020 motion for a continuance (ECF No. 27) is granted.

26            2. Plaintiff shall disclose experts no later than **May 28, 2021**.

27            3. Defendant shall disclose experts no later **June 11, 2021.**

28   ////

                                            1

4.  Rebuttal experts shall be disclosed no later than **June 25, 2021**.

5.  Discovery shall be completed by **July 23, 2021**.

6.  All pretrial motions, except motions to compel discovery, shall be completed by **September 17, 2021**.

DATED: January 7, 2021                    /s/ DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE